IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DEBBIE S. STARR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | Civil Action NO. 2:13-cv-00476-JRG-RSP |
| | § | JURY DEMAND |
| ACTION CLEANING SYSTEMS, INC. | § | |
| | § | |
| Defendant | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the agreement of the parties in the above entitled and numbered action that this matter should be, in all things, vacated and dismissed, and having considered the same, the Court is of the opinion that said dismissal should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims and causes of action of Plaintiff, DEBBIE S. STARR, in the above-styled and numbered action be dismissed against Defendant, ACTION CLEANING SYSTEMS, INC., with prejudice as to refiling, with costs of court being taxed against the party by which they were incurred.

**SIGNED this 18th day of March, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE